**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:26-CV-252-MOC-DCK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                **Plaintiff,**<br><br>        **v.**<br><br>**Real property at 16560 Youngblood Road in Charlotte, North Carolina, more particularly described in a Deed at Book 35511, Pages 127-128 in the Office of Register of Deeds for Mecklenburg County, North Carolina; and**<br><br>**All assets held in Morgan Stanley Account XXX-XXXXX8-206, such account held in the name of, or by or for the benefit of, Kimberly A. Weatherell.**<br><br>                **Defendants,** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the United States of America's "Motion to Unseal" (Document No. 7) filed April 10, 2026.   For the reasons set forth in the motion, this case shall be unsealed.

**IT IS, THEREFORE, ORDERED** that this case shall be **UNSEALED**.

**SO ORDERED**.

Signed: April 12, 2026

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT

1
